**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| WALLACE H. WEST | ) Case No.: 05-06088-TUC-JMM |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 140661 | 04/21/2009 | UNIVERSAL SAVINGS BANK<br>PO BOX 888377<br>GRAND RAPIDS, MI 49588-8377 | $1717.15 |
| 141628 | 05/16/2009 | UNIVERSAL SAVINGS BANK<br>PO BOX 888377<br>GRAND RAPIDS, MI 49588-8377 | $245.08 |
| | | **Total** | **$1962.23** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $1962.23 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee